# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erica R. Crosby,<br><br>        Plaintiff,<br><br>v.<br><br>LVNV Funding LLC, et al.,<br><br>        Defendants. | No. CV-14-01848-PHX-SRB<br><br>**ORDER** |

Plaintiff and Defendant LVNV Funding, LLC having stipulated to dismissal of this action with prejudice, and defendant Richard J. Boudreau & Associates, LLC having been previously dismissed from this case, and good cause appearing,

IT IS HEREBY ORDERED dismissing this action in its entirety against all parties with prejudice, each party to bear its own attorney's fees and costs.

Dated this 24th day of February, 2015.

_____
Susan R. Bolton
United States District Judge